IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-100-D

| | | |
|---|---|---|
| JACOB HALTERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THE RENFROW GROUP, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The court GRANTS plaintiff's unopposed motion to facilitate notice of FLSA settlement and for approval of FLSA settlement [D.E. 14]. The court (1) orders the parties to provide notice of settlement to all Security Guards; (2) approves the Proposed Notice of Settlement of Collective Action Lawsuit ("Notice"); (3) approves the proposed Consent Form; (4) authorizes a third-party administrator to send all Security Guards the court's approved Notice, Consent Form, and a postage paid return envelope; and (5) approves the terms of the Agreement.

SO ORDERED. This _6_ day of November, 2025.

JAMES C. DEVER III
United States District Judge